## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DIXON, | : | Case No. 1:19-cv-338 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| DEBORAH HUNT, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14)
## AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 18, 2020, submitted a Report and Recommendation, recommending that this case be *sua sponte* remanded to state court, because it was improvidently removed to federal court. (Doc. 14). Plaintiff William Dixon ("Plaintiff") filed objections to the Report and Recommendation on March 2, 2020. (Doc. 15).

Upon a careful review of Plaintiff's objections, the Report and Recommendation, and the remaining filings in this case, the Court concludes that Plaintiff's objections are without merit.

Plaintiff's first objection is not really an objection. (*Id.* at 2). Plaintiff asks this Court to clarify several matters regarding the procedures the state court will employ once

this case is remanded. (*Id.*) Plaintiff's first objection is not well-taken. This case will be remanded to the state court from which it was removed (the Hamilton County, Ohio Court of Common Pleas). (Doc. 1). Any questions regarding the procedures the state court will employ, post-remand, are better directed to the state court itself. The state court's contact information is, of course, a matter of public record.

In his remaining objections, Plaintiff details his grievances against Defendant Deborah Hunt and argues that this Court should have "taken notice" of Plaintiff's allegations, "investigated" the merits of Plaintiff's case, and given Plaintiff his "day in court." (Doc. 15 at 2–8). All of these remaining objections fail for the same reason. As set forth in the Report and Recommendation, this case was improvidently removed to federal court. (Doc. 14 at 7). And, given this deficiency, the merits of Plaintiff's case are not properly before this Court for adjudication.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation (Doc. 14) should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1.  The Report and Recommendation (Doc. 14) is hereby **ADOPTED**;

2.  Plaintiff's objections (Doc. 15) are hereby **OVERRULED**;

3.  This case is hereby **REMANDED** to the state court from which it was removed pursuant to 28 U.S.C. § 1447(c);

4.  All motions pending in this case (Docs. 7, 9, 10, 11) are hereby **DENIED** as moot; and

5.  The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:   12/22/2020                        _____s/Timothy S. Black_____
                                          Timothy S. Black
                                          United States District Judge